UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

P. J. Stevens,

        Plaintiff,

vs.           ORDER ADOPTING REPORT
        AND RECOMMENDATION

Kanabec County District Court,

        Defendant.   Civil No. 08-516 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

1.   That the Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied as moot.

2.   That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).


Dated: April 24, 2008           <u>s/James M. Rosenbaum</u>
        James M. Rosenbaum, Chief Judge
        United States District Court